UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Case No. 13-cr-214-pp

JAVIER TELLEZ,

    Defendant, and

MIDTOWN TOWING,

    Garnishee-Defendant.

---

## **AGREED FINAL ORDER IN GARNISHMENT**

---

The parties have filed a Stipulation for Final Order in Garnishment, dkt. no. 48, in which the defendant and the garnishee-defendant stipulate to a garnishment of the defendant's wages, and waive their right to a hearing as to the garnishment.

The court **APPROVES** the stipulation and **ORDERS** that the garnishee-defendant shall pay to the plaintiff $50.00 per pay period of the defendant's earnings, by sending a check or money order made payable to Clerk, U.S. District Court, and mailing the check or money order to Clerk, U.S. District Court, 517 East Wisconsin Avenue, Room 362 Federal Building, Milwaukee, WI 53202. Payments shall continue until such time as the entire debt in this matter is paid in full or upon further order of the court.

Dated in Milwaukee, Wisconsin this 21st day of June, 2018.

    **BY THE COURT:**

    _____
    **PAMELA PEPPER**
    **United States District Judge**